United States District Court
for the
Southern District of Florida

| United States of America, | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Criminal Case No. 24-20466-CR-Scola |
| Tiron Alexander, Defendant. | ) | |

**Order Directing Reassignment of Case**

This cause is before the Court upon an independent review of the record. The Court was previously assigned the above-captioned matter in the ordinary course of random assignment of cases.

On October 31, 2023, under the provisions of 28 U.S.C. § 371, the undersigned retired from regular active service as a United States District Judge and undertook senior status.

Therefore, pursuant to 28 U.S.C. § 294(b), the undersigned **refers** this case back to the Clerk of Court for reassignment to an active judge in accordance with the blind system for the assignment of cases.

**Done and ordered** in Miami, Florida, on April 16, 2025.

_____
Robert N. Scola, Jr.
Senior United States District Judge

In accordance with Internal Operating Procedure 2.16.00 for the Southern District of Florida, providing for the random and equal allotment of cases, this cause will be reassigned to the calendar of the United States District Judge __Jacqueline Becerra__.

All documents for filing in this case shall carry the following case number and designation: __24-cr-20466-Becerra/Lett__.

By Order of the Court dated this __16th__ of April 2025.

Angela E. Noble
Clerk of Court

*Valerie Kemp*
_____
by: Deputy Clerk