UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20466-CR-BECERRA

**UNITED STATES OF AMERICA**

v.

**TIRON ALEXANDER,**

    **Defendant.**
_____/

## UNITED STATES OF AMERICA'S WITNESS AND EXHIBIT LIST

    The United States of America respectfully submits the following witness and exhibit list for the trial set to begin June 3, 2025, in accordance with this Court's trial order, DE 51. The Government requests leave to add exhibits and witnesses as necessary.

Dated: May 1, 2025

By:

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

*/s/ Zachary A. Keller*
ZACHARY A. KELLER
Assistant United States Attorney
Court No.: A5502767
99 NE 4th Street, 6th Floor
Miami, Florida 33132
Tel: (305) 961-9023
Zachary.Keller@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20466-CR-BECERRA

UNITED STATES OF AMERICA

v.

TIRON ALEXANDER,

        Defendant.
_____/

Witness and Exhibit List

## WITNESS AND EXHIBIT LIST

| Presiding Judge: The Honorable Jacqueline Becerra | | | | | AUSA: Michael C. Shepherd Zachary A. Keller Andres Chinchilla | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gay-Johnson |
| 1. | | | | | Gaden Piant, Transportation Security Administration ("TSA") Investigations Unit Special Agent | |
| 2. | | | | | James Brewer, TSA | |
| 3. | | | | | Max Weitzner, TSA | |
| 4. | | | | | Scott Krueger, Federal Aviation Administration | |
| 5. | | | | | Cruz Moya, United States Deputy Marshal | |
| 6. | | | | | Matthew Fretz, City of Arlington Detective | |
| 7. | | | | | Constantine Juranis, Spirit Airlines | |
| 8. | | | | | Mark Peitz, Spirit Airlines | |
| 9. | | | | | Raymond James, Spirit Airlines | |
| 10. | | | | | Martin Painter, Spirit Airlines | |
| 11. | | | | | Jayson Hardeman, American Airlines | |

| Presiding Judge: The Honorable Jacqueline Becerra | | | | | AUSA: Michael C. Shepherd Zachary A. Keller Andres Chinchilla | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gay-Johnson |
| 12. | | | | | Shannon Shaw, Delta Air Lines | |
| 13. | | | | | George Taylor, Delta Air Lines | |
| 14. | | | | | Diane Narcelles, United Airlines | |
| 15. | | | | | Bruce Dudgeon, Frontier Airlines | |
| 16. | | | | | Kedeisha Walsh, Alaska Airlines | |
| 17. | | | | | Dequan Hargrove, Southwest Airlines | |
| | | | | | | |
| 1. | | | | | Team Travel Registration – Login Page Start | |
| 1a. | | | | | Team Travel Registration – Login Page "Other Airlines" | |
| 1b. | | | | | Team Travel Registration – Login Available Airlines | |
| 1c. | | | | | Team Travel Registration – Login Other Airlines | |
| 1d. | | | | | Team Travel Registration – Login Booking Page Blank | |
| 1e. | | | | | Team Travel Registration – Login Booking Page Filled | |
| 1f. | | | | | Team Travel Registration – Booking Flight Selection | |
| 1g. | | | | | Team Travel Registration – Booking Seat Selection Standby List | |
| 1h. | | | | | Team Travel Registration – Booking Seat Selection Cabin | |
| 1i. | | | | | Team Travel Registration – Booking Seat Selection Cockpit | |
| 1j. | | | | | Team Travel Registration – Itinerary Selection | |
| 1k. | | | | | Team Travel Registration – Customer Information | |
| 1l. | | | | | Team Travel Registration – Contact Information | |

| Presiding Judge:<br>The Honorable Jacqueline Becerra | | | | | AUSA:<br>Michael C. Shepherd<br>Zachary A. Keller<br>Andres Chinchilla | Defendant's Attorney:<br>Eboni Blenman<br>Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Donna Gay-Johnson |
| 1m. | | | | | Team Travel Registration – Purchase Page | |
| 1n. | | | | | Team Travel Registration – Booking Page | |
| 1o. | | | | | Team Travel Registration Flow – Login Page | |
| 2. | | | | | Spirit Airlines Defendant Travel Summary Composite 1 | |
| 3. | | | | | Spirit Airlines Defendant Travel Summary Composite 2 | |
| 4. | | | | | Spirit Airlines Defendant Travel Summary Composite 3 | |
| 5. | | | | | Defendant Spirit Airlines Travel Composite: 08-14-2018 | |
| 6. | | | | | Defendant Spirit Airlines Travel Composite: 02-23-2019 | |
| 7. | | | | | Defendant Spirit Airlines Travel Composite: 06-02-2019 | |
| 8. | | | | | Defendant Spirit Airlines Travel Composite: 07-02-2019 | |
| 9. | | | | | Defendant Spirit Airlines Travel Composite: 08-18-2019 | |
| 10. | | | | | Defendant Spirit Airlines Travel Composite: 09-24-2019 | |
| 11. | | | | | Defendant Spirit Airlines Travel Composite: 07-22-2020 | |
| 12. | | | | | Defendant Spirit Airlines Travel Composite: 08-25-2020 | |
| 13. | | | | | Defendant Spirit Airlines Travel Composite: 09-09-2020 | |
| 14. | | | | | Defendant Spirit Airlines Travel Composite: 03-01-2021 | |
| 15. | | | | | Defendant Spirit Airlines Travel Composite: 05-05-2021 | |
| 16. | | | | | Defendant Spirit Airlines Travel Composite: 07-06-2021 | |
| 17. | | | | | Defendant Spirit Airlines Travel Composite: 07-31-2021 | |
| 18. | | | | | Defendant Spirit Airlines Travel Composite: 09-06-2021 | |
| 19. | | | | | Defendant Spirit Airlines Travel Composite: 12-31-2021 | |
| 20. | | | | | Defendant Spirit Airlines Travel Composite: 02-26-2022 | |

| Presiding Judge:<br>The Honorable Jacqueline Becerra | | | | | AUSA:<br>Michael C. Shepherd<br>Zachary A. Keller<br>Andres Chinchilla | Defendant's Attorney:<br>Eboni Blenman<br>Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Donna Gay-Johnson |
| 21. | | | | | Defendant Spirit Airlines Travel Composite: 06-07-2022 | |
| 22. | | | | | Defendant Spirit Airlines Travel Composite: 11-10-2022 | |
| 23. | | | | | Defendant Spirit Airlines Travel Composite: 06-14-2023 | |
| 24. | | | | | Defendant Spirit Airlines Travel Composite: 09-08-2023 | |
| 25. | | | | | Defendant Spirit Airlines Travel Composite: 01-18-2024 | |
| 26. | | | | | Defendant Spirit Airlines Travel Composite: 01-29-2024 | |
| 27. | | | | | Defendant Spirit Airlines Travel Composite: 02-10-2024 | |
| 28. | | | | | Defendant Spirit Airlines Travel Composite: 03-18-2024 | |
| 29. | | | | | Defendant Spirit Airlines Travel Composite: 03-19-2024 | |
| 30. | | | | | Defendant Spirit Airlines Travel Composite: 03-26-2024 | |
| 31. | | | | | Defendant Spirit Airlines Travel Composite: 08-25-2024 | |
| 32. | | | | | Defendant Spirit Airlines Travel Composite: 09-14-2024 | |
| 33. | | | | | Defendant Spirit Airlines Travel Composite: 09-29-2024 Trip 1 | |
| 34. | | | | | Defendant Spirit Airlines Travel Composite: 09-29-2024 Trip 2 | |
| 35. | | | | | Defendant Spirit Airlines Travel Composite: 09-30-2024 | |
| 36. | | | | | Defendant Spirit Airlines Travel Composite: 10-01-2024 | |
| 37. | | | | | Defendant Spirit Airlines Travel Composite: 10-15-2024 | |
| 38. | | | | | Defendant Spirit Airlines Travel Composite: 10-16-2024 | |
| 39. | | | | | Certificate of No Employment Records – Alaska Air | |
| 40. | | | | | Certificate of No Employment Records – Allegiant Air | |
| 41. | | | | | Certificate of No Employment Records – Avelo Air | |

| Presiding Judge:<br>The Honorable Jacqueline Becerra | | | | | AUSA:<br>Michael C. Shepherd<br>Zachary A. Keller<br>Andres Chinchilla | Defendant's Attorney:<br>Eboni Blenman<br>Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy:<br>Donna Gay-Johnson |
| 42. | | | | | Certificate of No Flight Attendant Employment Records – Delta Air Lines | |
| 43. | | | | | Certificate of No Employment Records – Frontier Air | |
| 44. | | | | | American Airlines – Alexander Employee Profile | |
| 45. | | | | | American Airlines – Alexander Travel Suspension Letter | |
| 46. | | | | | American Airlines – Alexander BadgePic File | |
| 47. | | | | | American Airlines – Passenger Service Agreement | |
| 47a. | | | | | American Airlines – Passenger Service Agreement Amendments | |
| 48. | | | | | Composite Photo of Cards Seized Upon Arrest | |
| 49. | | | | | Defendant Flight Attendant Card | |
| 50. | | | | | Defendant Student Pilot Card | |
| 51. | | | | | Defendant American Airlines Employee Card | |
| 52. | | | | | Defendant American Airlines Escort Card | |
| 53. | | | | | FAA 2013 Flight Attendant Certificate Application (Alexander) | |
| 54. | | | | | FAA 2015 Flight Attendant Certificate Application (Alexander) | |
| 55. | | | | | FAA 2021 Student Pilot Certificate Application (Alexander) | |
| 56. | | | | | FAA 2021 Student Pilot Certificate (Alexander) | |
| 57. | | | | | FAA Alexander March 2025 Request for Replacement Student Pilot and Flight Attendant Certificates (Alexander) | |
| 58. | | | | | FAA March 2025 Letter to Alexander Granting Request for Certificates | |

| Presiding Judge: The Honorable Jacqueline Becerra | | | | | AUSA: Michael C. Shepherd Zachary A. Keller Andres Chinchilla | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gay-Johnson |
| 59. | | | | | FAA April 2025 Data Pull | |
| 60. | | | | | Dallas-Fort Worth Airport ("DFW") CCTV from 9.14.2024 – Facility Entrance | |
| 60a. | | | | | DFW CCTV from 9.14.2024 – TSA Checkpoint Queue 1 | |
| 60b. | | | | | DFW CCTV from 9.14.2024 – TSA Checkpoint Queue 2 | |
| 60c. | | | | | DFW CCTV from 9.14.2024 – TSA Presents Documents | |
| 60d. | | | | | DFW CCTV from 9.14.2024 – TSA X-ray | |
| 60e. | | | | | DFW CCTV from 9.14.2024 – TSA Clearing Checkpoint | |
| 60f. | | | | | DFW CCTV from 9.14.2024 – Walking to E31 Gate | |
| 60g. | | | | | DFW CCTV from 9.14.2024 – Arriving to E31 Gate | |
| 60h. | | | | | DFW CCTV from 9.14.2024 – E31 Boarding Gate | |
| 60i. | | | | | DFW CCTV from 9.14.2024 – E31 Boarding Jetbridge Interior | |
| 61. | | | | | Defendant BWI Airport CCTV from 9.29.24 at 11:49pm to 9.30.24 at 12:11am EST, Video 1 | |
| 61a. | | | | | Defendant BWI Airport CCTV from 9.29.24 at 11:49pm to 9.30.24 at 12:11am EST, Video 2 | |
| 61b. | | | | | Defendant BWI Airport CCTV Video 1 Still | |
| 61c. | | | | | Defendant BWI Airport CCTV Video 2 Still | |
| 62. | | | | | Fort Lauderdale Airport ("FLL") CCTV from 9.29.24 – Boarding Gate | |
| 62a. | | | | | FLL CCTV from 9.29.24 – Walking from Gate | |
| 62b. | | | | | FLL CCTV from 9.29.24 Still – Boarding Gate | |
| 62c. | | | | | FLL CCTV from 9.29.24 Still – Walking from Gate | |

| Presiding Judge: The Honorable Jacqueline Becerra | | | | | AUSA: Michael C. Shepherd Zachary A. Keller Andres Chinchilla | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gay-Johnson |
| 63. | | | | | Defendant Georgia State ID Profile | |
| 64. | | | | | Defendant Passport Photo Submitted to Republic Airways | |
| 65. | | | | | United Airlines Composite Defendant Travel Records | |
| 66. | | | | | Southwest Airlines Composite Defendant Travel Records | |
| 67. | | | | | American Airlines Composite Defendant Travel Records | |
| 68. | | | | | Yahoo! Records: Tuffytufft@yahoo.com | |
| 69. | | | | | Google Records: Tufftytufftone@gmail.com | |
| 70. | | | | | Defendant Resume – Alaska Airlines | |
| 71. | | | | | Defendant Application History – Alaska Airlines | |
| 72. | | | | | Defendant Employee Profile – Republic Airways | |
| 73. | | | | | Defendant Termination Letter – Republic Airways | |
| 74. | | | | | Certificate of No Employment Records – Spirit | |
| 75. | | | | | Certificate of No Flight Attendant Employment Records (Flight Attendant) – American | |
| 76. | | | | | DFW CCTV from 9.29.2024 – Boarding Gate | |
| 76a. | | | | | DFW CCTV from 9.29.2024 – Boarding Jetbridge | |
| 76b. | | | | | Still of Exhibit 76 | |
| 76c. | | | | | Still of Exhibit 76a | |
| 77. | | | | | DFW CCTV from 10.1.2024 – Boarding Gate | |
| 77a. | | | | | DFW CCTV from 10.1.2024 – Boarding Jetbridge | |
| 77b. | | | | | Still of Exhibit 77 | |
| 77c. | | | | | Still of Exhibit 77a | |

| Presiding Judge: The Honorable Jacqueline Becerra | | | | | AUSA: Michael C. Shepherd Zachary A. Keller Andres Chinchilla | Defendant's Attorney: Eboni Blenman Paul Carson |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date Admitted | Witness | Court Reporter: | Courtroom Deputy: Donna Gay-Johnson |
| 78. | | | | | Delta Air Lines Defendant Employment Profile Information and Application | |
| 79. | | | | | Delta Air Lines Defendant Non-Revenue Travel | |
| 80. | | | | | Alaska Airlines Non-Revenue Travel History | |
| 81. | | | | | Frontier Composite Non-Revenue Travel History | |
| 82. | | | | | Spirit Airlines Defendant Travel Summary Composite 4 | |
| 83. | | | | | Spirit Airlines Defendant Travel Data Pull | |
| 84. | | | | | Delta Air Lines Defendant Employment Application History | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 1, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Zachary A. Keller
Zachary A. Keller
Assistant United States Attorney

8