# Spirit Summary Three: Flights Reserved Less Than Three Hours Before Takeoff

|    | Flight & Reservation Date | Reservation Time | Scheduled Departure Time | Flight Origin | Flight Destination | Claimed Employer | Claimed Date of Hire | Claimed Badge # |
|----|---------------------------|------------------|--------------------------|---------------|--------------------|--------------------|----------------------|-----------------|
| 1  | 8/14/2018  | 8:43 AM  | 10:10 AM         | MCO | DFW | American    | 11/30/2014 | 773786 |
| 2  | 2/23/2019  | 8:45 AM  | 9:38 AM          | LAX | ATL | Alaska      | 11/29/2013 | 773788 |
| 4  | 7/2/2019   | 12:29 PM | 2:49 PM          | DFW | ATL | Allegiant   | 8/6/2013   | 609237 |
| 5  | 8/18/2019  | 8:46 PM  | 10:10 PM         | LAS | ATL | Allegiant   | 4/10/2012  | 815213 |
| 6  | 9/24/2019  | 8:23 AM  | 9:20 AM          | TPA | ATL | Express Jet | 4/2/2015   | 715413 |
| 7  | 7/22/2020  | 4:55 PM  | 6:15 PM          | FLL | DFW | Delta       | 4/4/2015   | 541267 |
| 8  | 8/25/2020  | 5:17 AM  | 7:00 AM          | DFW | ATL | Frontier    | 4/3/2016   | 512314 |
| 9  | 9/9/2020   | 4:06 AM  | 7:05 AM          | ATL | DFW | Alaska      | 8/9/2014   | 432558 |
| 10 | 3/1/2021   | 7:15 AM  | 8:15 AM          | LAS | DFW | Express Jet | 5/3/2016   | 721321 |
| 12 | 7/6/2021   | 6:17 AM  | 7:30 AM          | ATL | DFW | Express Jet | 2/10/2016  | 433578 |
| 13 | 7/31/2021  | 12:44 PM | 3:08 PM          | ATL | DFW | Alaska      | 10/9/2016  | 433578 |
| 15 | 12/31/2021 | 6:15 PM  | 7:36 PM          | ATL | MCO | Alaska      | 2/3/2017   | 516213 |
| 16 | 2/26/2022  | 12:28 AM | 12:59 AM         | LAX | IAH | Alaska      | 8/15/2013  | 542134 |
| 17 | 6/7/2022   | 2:05 PM  | 2:45 PM          | IAH | ATL | Express Jet | 4/20/2018  | 615213 |
| 18 | 11/10/2022 | 7:46 PM  | 10:34 PM         | ATL | DFW | Allegiant   | 2/4/2019   | 512412 |
| 19 | 6/14/2023  | 4:20 PM  | 6:46 PM          | ATL | LAX | Allegiant   | 7/6/2017   | 545321 |
| 20 | 9/8/2023   | 11:27 PM | 10:45 PM (Delayed) | CLT | FLL | Allegiant | 6/9/2017   | 615213 |
| 21 | 1/18/2024  | 5:46 AM  | 6:27 AM          | BWI | ATL | Allegiant   | 4/18/2019  | 512213 |
| 22 | 1/29/2024  | 5:24 AM  | 6:27 AM          | BWI | ATL | Allegiant   | 5/7/2017   | 457211 |
| 23 | 2/10/2024  | 7:03 AM  | 8:10 AM          | BWI | LAS | Avelo       | 8/10/2016  | 658642 |
| 24 | 3/18/2024  | 4:50 AM  | 6:26 AM          | BWI | ATL | Allegiant   | 4/7/2017   | 513213 |
| 25 | 3/19/2024  | 7:45 PM  | 9:44 PM          | ATL | BWI | Avelo       | 5/4/2019   | 657659 |
| 26 | 3/26/2024  | 9:03 PM  | 10:23 PM         | BWI | DFW | Allegiant   | 2/9/2017   | 564213 |
| 27 | 8/25/2024  | 4:13 PM  | 6:47 AM          | LAS | ATL | Allegiant   | 2/2/2017   | 689090 |
| 28 | 9/14/2024  | 5:12 PM  | 7:53 PM          | DFW | LAX | Allegiant   | 4/2/2017   | 631125 |
| 29 | 9/29/2024  | 3:18 PM  | 4:09 PM          | DFW | FLL | Allegiant   | 4/3/2015   | 615213 |
| 30 | 9/29/2024  | 8:05 PM  | 9:20 PM          | FLL | BWI | Allegiant   | 2/3/2015   | 612314 |
| 31 | 9/30/2024  | 7:16 PM  | 8:57 PM          | BWI | TPA | Express Jet | 2/10/2015  | 512618 |
| 32 | 10/1/2024  | 8:15 PM  | 9:35 PM          | DFW | LAX | Allegiant   | 2/10/2015  | 674547 |
| 34 | 10/16/2024 | 3:55 AM  | 5:49 AM          | LAS | DFW | Allegiant   | 2/2/2015   | 512676 |

GOVERNMENT EXHIBIT
CASE NO. 24-CR-20466-JB
EXHIBIT NO. 4