



GOVERNMENT EXHIBIT
CASE NO. 24-CR-20466-JB
EXHIBIT NO. 26



## Flight Manifest



| # | Status | Name | Reco... | Booking | Chg. Code | Lift | FareBasis(Class) | Seat | Priority | Con | SSRs | Date | Agent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 182 | HK | ALEXANDER, TIRON | 0 | WPYNHH | | Boarded | ENRSA(E) | 23A | | | X | 29Jan24  5:24a | tmnr_user |
| 181 | HK | ADDISON, DODD | 0 | HK182D | | Boarded | VNR(V) | 37A | | | | 29Jan24  5:24a | 357128 |
| 180 | HK | LE, ANDY | 0 | IPKG7R | | Boarded | VNR(V) | 3D | | | X | 28Jan24 11:12p | webanonymous2 |
| 179 | HK | LEE, HAYDEN | 0 | NMSQXA | | Boarded | UNR(U) | 3C | | | X | 28Jan24  7:05p | webanonymous2 |
| 178 | HK | DUCKETT, KIERRA | 0 | DI9UMZ | | Boarded | ENRSA(E) | 5F | | | X | 28Jan24  6:45p | ID90T |
| 177 | HK | ALEXANDER, JAMEELA | 0 | TM2FQD | | Boarded | ENRSA(E) | 14C | | | X | 28Jan24  6:20p | ID90T |
| 176 | HK | SHAFIQ, GABRIEL | 0 | RQDCTE | | Boarded | UNR(U) | 13A | | | X | 28Jan24  4:42p | webanonymous2 |
| 175 | HK | VICKERS, CHERAE | 0 | HEFNYY | | Boarded | U0CLUBNR(U) | 18D | | | X | 28Jan24  3:56p | cherae.vickers... |
| 174 | HK | STIGER, MARCEETTA | 0 | MGDDJS | | Boarded | VNR(V) | 14A | | | X | 28Jan24  2:37p | Priceline1 |
| 173 | HK | TOURE, KADIDIATOU | 0 | FEBUHI | | Boarded | VNR(V) | 32A | | | X | 28Jan24  2:25a | webanonymous2 |

