UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-20466-CR-BECERRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIRON ALEXANDER,

    Defendant.

_____/

**UNOPPOSED MOTION FOR ONE-DAY CONTINUANCE
OF SENTENCING HEARING**

Tiron Alexander, through undersigned counsel and unopposed by the government, respectfully moves this Court for a one-day continuance of the sentencing hearing presently scheduled for January 8, 2026. In support thereof, he states as follows:

1. The sentencing hearing in this matter was recently reset for January 8, 2026. (DE 116).

2. Undersigned counsel has a previously scheduled medical appointment on that date.

3. Accordingly, Mr. Alexander, through counsel, respectfully requests that the Court continue the sentencing hearing by one day.

4. Undersigned counsel has conferred with Assistant United States Attorney Daniel Rosenfeld who advised that the government does not oppose this request.

1

5. Should the Court's schedule permit, both parties are available on January 9, 2026.

6. This motion is being filed in good faith and will not cause undue delay.

7. A proposed order is attached and will be emailed to chambers.

**WHEREFORE**, Tiron Alexander, through counsel, respectfully moves this Court for a one-day continuance of the sentencing hearing presently scheduled for January 8, 2026.

    Respectfully submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

By: */s/Eboni Blenman*
    Eboni Blenman
    Assistant Federal Public Defender
    Special Bar No. A5502989
    150 W. Flagler Street, Suite 1700
    Miami, Florida  33130
    Tel:  305-530-7000
    E-Mail Address: eboni_blenman@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **January 5, 2026**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Eboni Blenman*
Eboni Blenman
